*U.S. District Court Southern Div.*
*P.O. Box 2546, Charleston WV 25329*

*See: Bivens v. Six named agents of Federal Bureau of Narcotics*
*403 U.S. 388, (1971)*

REVISED DATE: 09/2001

FORM TO BE USED BY A STATE PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983 OR BY A FEDERAL PRISONER IN FILING A BIVENS CLAIM.

**FILED**
MAR - 8 2007   *Southern Parkersburg*
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF ~~NORTH CAROLINA~~ *West Virginia*
~~WESTERN~~ DIVISION

NO. 6:07-0147   *Bivens Action*
(leave this space blank)

*5 U.S.C. sec. 552(a)*
*Vaughn vs Rosen F.O.I.A./P.A request*
*Lawsuit for malice denial*

1.  *Trevor Steele*
_____
(enter full names of each plaintiff(s))

*Darrell Harper v. Elisha Whipkey, Roger Ayers,* Inmate Number *07046/7*   *4. P. Grossnickle*

1. (5) *U.S. Treasury dept / Bureau of Public debt, Accrual Customer Service Federal Agents at Parkersburg Div. FoiA/PA chiefs. Name unknown*

2. *U.S. Dept of Justice, (2) officials, Stephen Horn, Charles Miller.*

*Stephen Horn & Charles Miller*
_____
(enter full names of each defendant(s))

*Under color of Federal Law, Jury trial on all triable issues*

***************************************************************

I.   HAVE YOU BEGUN OTHER LAWSUITS IN FEDERAL COURT DEALING WITH THE SAME FACTS INVOLVED IN THIS ACTION? YES ( )  NO (✓)

If your answer is YES, describe the former lawsuit in the space provided below:

II.  DID YOU PRESENT THE FACTS RELATING TO YOUR COMPLAINT TO THE STATE INMATE GRIEVANCE PROCEDURE? YES ( )  NO ( )

If your answer is YES:

1. What steps did you take?  *Admin Claim,*
2. What was the result? (Attach copies of grievances or other supporting documentation.)
*Malice denial*

Page 1 of 5

REVISED DATE: 09/2001

## VERIFIED STATEMENT

I have been advised of the requirements regarding exhaustion of administrative remedies and now submit this verified statement.

(Please choose the box that applies to your action):

_____ There are no grievance procedures at the correctional facility at which I am being confined.

_____ This cause of action arose at _____, and I am now being housed at _____. Therefore, I do not believe I have administrative remedies relating to this complaint at this time.

_____ I have exhausted my administrative remedies relating to this complaint and have attached copies of grievances demonstrating completions.

III.   PARTIES:
In Item "A" below, place your name in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any. NOTE: ALL PLAINTIFFS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

A. Name of Plaintiff: Devon Steele

Name of Present Confinement: Central Prison

Address of Present Confinement: 1300 Western Blvd RM#C27606

In Item "B" below, place the full name of defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) through (F) for additional defendants. NOTE: ALL DEFENDANTS LISTED IN THE CAPTION ON THE FIRST PAGE SHOULD BE LISTED IN THIS SECTION.

B. Defendant: Darrell Harper BPD mgr (white)
   Position: mgr BPD Investment Securities
   Employed at: U.S Treasury ACS
   Address: 200 3rd st Parkersburg W.V. 26102
   Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

C. Defendant: Elisha Whipkey (white)
   Position: ACS BPD
   Employed at: Treasury
   Address: Same
   Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

REVISED DATE: 09/2001

D. Defendant _Roger Ayers (white)_
Position _Treasury BPD / ACS_
Employed at _Same_
Address _Same_
Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

E. Defendant _Patty Grossaickle (white)_
Position _ACS / BPD_
Employed at _Treasury_
Address _Same_
Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

F. Defendant _U.S. Treasury BPD / U.S.D.O.J_
Position _Stephan Born & Charles Miller_
Employed at _U.S. Atty's Charleston, W.V._
Address _P.O. 1713_
Capacity in which being sued: Individual ( ) Official ( ) Both (✓)

IV. STATEMENT OF CLAIM _Raises Fed questions of facts & Law_

State here as briefly as possible the **FACTS** of your case. Describe how **each** defendant is involved. Include also the names of the other persons involved, dates and places. **DO NOT GIVE ANY LEGAL CITATIONS OR ANY LEGAL ARGUMENTS OR CITE ANY STATUTES.** If you wish to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

N.C. State Prisoner / Af. Amer:
ON Nov. 13. 06 I mailed 1st class request, to defendants and their U.S. Counsels reps cities, requesting receipt under F.O.I.A./PA section chief on all ACS/Treasury under: 5:U.S.C.sec. 552(a) to forward: within 20 working days advertisements, including denomination of securities/rates investments, bonds, circulars re: EE and I, HA series, bonds forms for purchases-Instructions, and customs-rules regulations manuals, documents, and accrued customs services protocol/agenda's. However def's their employees. negards holes and refused, intentionally, delib, / omit, As my requests., of U.S. Gov't reg's in a discriminative malice denial, of my reply, based upon my race. I submitted description as black prisoner, this enforces perception that BPD, great burdles against this class, but against BPD customs policy which U.S. Congress did not intro legislation for BPD to omit disclosing my

See, Monroe v. Pape, 365 U.S. 167, 0961; See, Civil death laws, Thorton Gibson 529 F.2d 709 (8th Cir. 1976). Instant case steels, reg's does not leave after F.O.i.A/PA recourse or neutral impartial appeal route, See, Pell v. Procunier, 438 U.S. 1 (1978), See, Turner v. Safley, 482 U.S. 78 (1987).

REVISED DATE: 09/2001

Thus, I refuse any F.O.i.A/PA request in this court of proper competent. Jurisdiction and venue, 28 U.S.C. sec. 1391(b)(2), 28 U.S.C. 1331, 1343 and Vaughn v. Rosen motion (D.C.Cir. 1973) require exemption justification for any refusal to submit documents, also send PDF 2243 form, PS 1048 form, job descriptions, Alfred BPA names, and Comm. Names, Pres. Names, and see designee names and addresses, 1st & 2nd, 6th & 14th U.S. Const. amend. viol's. They add up to create an overall effect that is unconst. see, Palmer v. Johnson, 193 F.3d 346 5th Cir. 1999. Identifiable harm, Wilson, 501 U.S. at 305.

Also deprive me of full complete court access, BPA intent is to sell security notes yet keep customers in the dark, and meaning needless route to hide-conceal cover-up wrongful acts of malice racial and class prisoner discrim; withholding public info, to create a breach of trust, breach of duty. Question is, whether the restriction violates U.S. Const rights, And, minus a hearing due process/equal protection, liberty interest, See, Turner Test, and Wolff v. McDonnell, 418 U.S. 539 (1974), Sandin v. Conner 515 U.S. 472 (1995), Also request PO 2243 case involving a prisoner funds request. Therefore F.O.i.A/PA request order granted.

Supervisor Harter created directly participated with F.O.i.A/P chief, name requested. Also, Waspkett refuse online legal info, also requested. 28 U.S.C. 2283-84 Injunc. rule 65(d) Fed. Civ. Pro.

V. **RELIEF SOUGHT BY PRISONER** 28 USC sec. 2201-2202.

State briefly exactly what you want the Court to do for you. **MAKE NO LEGAL ARGUMENTS. DO NOT CITE CASES OR STATUTES.**

1. Injunc for F.O.i.A/PA info order, prohibit also discrimination described herein. All documents noted described herein, including BPA prior suit re F.O.i.A/PA
2. Comp damage awards, $75,000.00
3. Punitive damage awards, $100,000.00
4. Reasonable proce attny's fees 42 USC. 1988
   Jury trial

4.) ... In the blind request is for Customer serv/rep, to be informed/advised of current duties, obligations, Agency, Protical/regulations, rules, to understand the law, Comprehend the legal recourses, to better prepare for his inout/out investor needs to cut Complexed issues designed to Seize money, undue risk, Discriminate re: Poor Class. And Enforce undue risk, And avoid Pitfalls, and further discriminative routine Practice. And understand P.D 1048, PD 2243 Applications for relief. He also require Designee Comm. Name address. Pres. Treasurer/BPd name address. Sec. same. All Def's was Personally responsible for the violations, causing Discriminatorial Practice In Concert, Commingling ConfilNomie designed to Discourage, delete Blacks and Prisoners Classes), Disparge wanton Financial system deprivation.

REVISED DATE: 09/2001

✓ Signed this 5 day of B , 200 7.

_Trevon Steele_
Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

I declare under penalty of perjury that the foregoing is true and correct.

✓ 3-5-07        _Trevon Steele_
Date            Signature of Plaintiff

_____
Signature of other Plaintiffs
(if necessary)

Trevon Steele (0704617)
1300 western Blvd
Raleigh, N.C. 27606

MAILED FROM CENTRAL PRISON

"Legal Mail"

02 1A
0004380393
$00.63⁰
MAR 06 2007
PITNEY BOWES
UNITED STATES POSTAGE
MAILED FROM ZIPCODE 27606

U.S. District Court Southern District
P.O. Box 2546
Charleston, W.V. 25329